ACCOUNTEMPS DIVISION OF ROBERT HALF OF
PHILADELPHIA, INC. v. BIRCH TREE GROUP, LTD.

July 8, 1988.

Petition for certification granted.   (See 224 *N.J.Super.* 163)

ROBERT JOHN DUNN v. MYRA JOYCE DUNN.

July 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES R. WOOD.

July 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MIGUEL CORNIELLE.

July 8, 1988.

Petition for certification denied.